

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| ROBERTO PEREZ-GARCIA, JR. | § | No. 08-24-00215-CR |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#20230D03331) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on Appellant's voluntary motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a) (governing voluntary dismissal of appeals in criminal cases). In the motion, signed by Appellant and his counsel, Appellant represents that he no longer wishes to pursue this appeal. As we have not yet issued an opinion in this case, we grant the motion to dismiss and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

JEFF ALLEY, Chief Justice

September 24, 2024

Before Alley, C.J., Palafox and Soto, JJ.